**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No.  11-cr-00127-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JOSHUA SCOTT,
2. MARIO HULLUM,
3. RICHARD GRANT,
4. BRANDON JAMES,

       Defendants.

**MINUTE ORDER**

ORDER ENTERED BY DAVID M. EBEL

      The Government is ORDERED to respond to Defendant's Motion to Suppress Statements [Doc. No. 52] and Defendant's Motion for Extended Notice from Government of Proposed 404(b) Evidence [Doc. No. 56] by close of business on July 6, 2011.

      DATED:  June 29, 2011