# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 11-cr-00127-DME

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**JOSHUA SCOTT,**
**MARIO HULLUM,**
**RICHARD GRANT,**
**BRANDON JAMES**,

        Defendants.

## ORDER SETTING SUPPRESSION HEARING

This matter has been scheduled for a Suppression Hearing (Doc. No. 52) on the docket of Judge David M. Ebel, to occur in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 2d Floor, 1929 Stout Street, Denver, Colorado, on **July 20, 2011, at 2:00 p.m.**

All defendants and counsel are ORDERED to appear unless a Motion to Waive Appearance at this hearing, signed by the Defendant and counsel, is filed by the close of business on July 18, 2011.

DATED: July 11, 2011.

BY THE COURT:

*s/ David M. Ebel*

David M. Ebel
United States Circuit Judge