# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.  11-cr-00127-DME-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  JOSHUA SCOTT,

        Defendants.

# ORDER

THE COURT is in receipt of the parties' Joint Status Report [Doc. No. 124]. After review of the status report, it is hereby

ORDERED that the Government shall move to dismiss this case against Defendant Joshua Scott not later than Monday, January 9, 2012, or file a Status Report on that date explaining why said motion has not been filed.

DONE AND SIGNED this  23rd  day of November, 2011.

BY THE COURT:

*s/ David M. Ebel*

U.S. Circuit Court Judge
District of Colorado